**IT IS SO ORDERED.**

Dated: 07:22 PM March 07 2007

/s/ Marilyn Shea-Stonum
MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: Donna J. Pratt | ) | Case No. 01-54876 |
| | ) | |
| | ) | Chapter 7 |
| | ) | |
| | ) | Judge Shea-Stonum |
| Debtors | ) | |
| | ) | PETITION FOR UNCLAIMED FUNDS |
| | ) | AND ORDER THEREON |

JM Partners LLC, (the "Petitioner"), under penalty of perjury, declares that the following statements and information are true and correct:

1. NCO Group, (the "Claimant") is a ☐ Debtor ☒ Creditor in the above-captioned case and was due to receive a distribution from the estate of the Debtor in the amount of $ 882.83.

2. The funds due Claimant were deposited with the Court by the Trustee pursuant to 11 U.S.C. § 347. A copy of the court order depositing the funds into the Treasury/Registry as unclaimed, or a copy of the receipt and attached list of parties entitled to the unclaimed funds or other supporting documentation, is appended to this Petition.

3. The Claimant's current name, address, and telephone number are:
   Name: NCO Group
   Address: 507 Prudential Road, Horsham, PA 19044
   Telephone Number: 800-220-2274

4. The following checked statement applies:

   ☒ This Petition is being filed on paper, either by mail or in person, and the Claimant's Tax ID/Social Security Number and other required documentation are being submitted separately with Exhibit A.

☐ This Petition is being filed electronically via the Court's Electronic Case Filing system, and the Claimant's Tax ID/Social Security Number and other required documentation are being submitted separately as private docket events with Exhibit A.

5. The following checked statement applies:

☐ Petitioner is the Claimant.

☐ Petitioner is the duly authorized attorney for the Claimant.

☐ Petitioner is an employee of the Claimant.

☒ Petitioner is the lawful attorney-in-fact of the Claimant. Petitioner is aware of all pertinent state law requirements regarding such powers of attorney.

☐ Petitioner is a duly authorized representative of the estate of the Claimant, who is deceased.

☐ The above subparagraphs do not apply, but Petitioner is entitled to payment of such monies because (state basis for claim):

6. Upon sufficient inquiry, and upon Claimant's information and belief, this claim has not been previously paid, no other petitions or requests for payment are pending, and there are no other parties other than Claimant entitled to these funds.

7. Petitioner understands that pursuant to 18 U.S.C. § 152, a fine or imprisonment, or both, may be imposed if Petitioner has knowingly and fraudulently made any false statements in this document.

8. Petitioner has served a copy of the Petition for Unclaimed Funds and Order Thereon, Exhibit A, and all attached documents by regular U.S. Mail this 20 day of February, 2007 to the United States Attorney for the Northern District of Ohio, Carl B. Stokes United States Courthouse, 801 West Superior Avenue, Suite 400, Cleveland, Ohio. The United States Attorney is allowed 10 days from the date of service to file an objection to payment of these funds.

9. WHEREFORE, pursuant to 11 U.S.C. § 347 and 28 U.S.C. § 2042, Petitioner requests that the Court issue an Order directing payment to the Claimant in the amount of $882.83, and that payment be made in care of the party set forth below.

Respectfully submitted,

_____
Petitioner's Signature (Bar Number if Attorney)

JM Partners LLC
PO Box 29940
Richmond, VA 23242
_____
Petitioner's Address

804-740-2972
_____
Petitioner's Phone Number

IT IS SO ORDERED.


# # #